IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02055-BNB

ANTOINETTE ALIRE,

    Plaintiff,

v.

VOLUNTEER OF AMERICA, and its representatives of Brandon Center and Theodora
    Center,
LINDI SINTON,
NATASHA RAABE,
AMANDA WEINZ, and
DELINA SCOTT,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Antoinette Alire, initiated this action by filing *pro se* a Complaint (ECF No. 1). On July 29, 2014, Magistrate Judge Craig B. Shaffer ordered Ms. Alire to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Ms. Alire was warned that the action would be dismissed without further notice if she failed to file an amended complaint within thirty days.

Ms. Alire has failed to file an amended complaint within the time allowed and she has failed to respond in any way to Magistrate Judge Shaffer's July 29 order. Therefore, the action will be dismissed without prejudice for failure to comply with a court order.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any

appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal she also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Complaint (ECF No. 1) and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Ms. Alire failed to comply with a court order.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  5th  day of  September , 2014.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court